# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

|   |   |
|---|---|
| (1)   KARISSA SMITH,           )<br>                                                )<br>            Plaintiff,                )<br>                                                )<br>v.                                             )     Case No. CIV-15-1305-F<br>                                                )<br>(1)   C.K.L.C., LLC, d/b/a CREATIVE   )<br>        KIDS LEARNING CENTER,   )<br>                                                )<br>            Defendant.             )  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-entitled action has been settled and the parties hereby stipulate to the dismissal of all claims asserted herein. Such dismissal shall be with prejudice, with each party to pay her or its own attorney's fees and costs.

| | |
|---|---|
| *s/Shannon C. Haupt* (signed with permission) | *s/Timothy A. Heefner* |
| Jana B. Leonard, OBA #17844 | Timothy A. Heefner, OBA # 17524 |
| Shannon C. Haupt, OBA #18922 | James L. Gibbs, II, OBA #15689 |
| Leonard & Associates, PLLC | Goolsby, Proctor, Heefner & Gibbs, P.C. |
| 8265 S. Walker | 701 N. Broadway Ave., Ste. 400 |
| Oklahoma City, OK  73139 | Oklahoma City, Oklahoma 73102 |
| (405) 239-3800 (Telephone) | (405) 524-2400 (O) |
| (405) 239-3801 (Facsimile) | (405) 525-6004 (F) |
| leonardjb@leonardlaw.net | theefner@gphglaw.com |
| haupts@leonardlaw.net | jgibbs@gphglaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |